UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD F. MAZUR,

        Plaintiff,

                                       Case Number 05-10109-BC

v.                                     Honorable David M. Lawson

ROI W. YOUNG and DYAN YOUNG,

        Defendants.

_____/

**ORDER GRANTING EXEMPTION FROM
REQUIREMENTS OF ELECTRONIC FILING OF PLEADINGS**

Now before the Court is a motion by plaintiff's counsel for relief from E.D. Mich. LR 5.1.1, which requires that court papers be filed electronically as of December 1, 2005. The movant acknowledges this Court's requirement that case documents be filed electronically. He asserts that although he has filed a registration form to become a registered user and scheduled a training session for himself and his staff, the training will not occur until January 20, 2006. He explains that he cannot file documents electronically until after completing training, and it appears that the plaintiff seeks to comply with the Court's scheduling order by filing a dispositive motion before the January 13, 2006 deadline.

The Court generally discourages attorneys from opting out of the electronic filing requirements, which may only be authorized upon a showing of good cause. *See Smith v. Port Hope School Dist.*, __ F. Supp. 2d __, 2006 WL 20585 (E.D. Mich., Jan. 4, 2006). However, the Court is mindful that there are many attorneys seeking to become registered users and obtain the necessary training, particularly since the Court imposed a mandatory electronic filing requirement. The Court simply does not have the capacity to provide instant training for all applicants. Consequently, the

Court will provide temporary relief from LR 5.1.1 to those attorneys who seek to comply with the rule but cannot do so because of circumstances beyond their control.

Accordingly, it is **ORDERED** that the motion by plaintiff's counsel for relief from LR 5.1.1 [dkt #20] is **GRANTED**.

It is further **ORDERED** that counsel for the plaintiff my file and serve court papers in the above referenced matter in the traditional manner until counsel has received his log-in and password, and he and his staff have completed the training on January 20, 2006.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: January 17, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 17, 2006.

s/Tracy A. Jacobs
TRACY A. JACOBS

---